# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Secheslingloff,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>The Prudential Insurance Company of America, et al.,<br><br>　　　　　　Defendants. | No. CV-14-01896-TUC-JGZ<br><br>**ORDER** |

　　　Upon review of the parties' Stipulation for Dismissal (Doc. 37) and good cause appearing,

　　　IT IS ORDERED THAT the Stipulation (Doc. 37) is GRANTED.  This matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.  The Clerk of the Court shall close the file in this matter.

　　　Dated this 11th day of March, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jennifer G. Zipps
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge